STATE

v.

**Keith OLSON.**

**No. 78–34–C.A.**

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Barbara Hurst, Asst. Public Defender, for defendant.

## ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Friday, June 20, 1980 at 9:30 a. m. for oral argument.